660 A.2d 1191

ANNETTE Y. PARKER, ET AL. v. CAN–
CLAY CORPORATION, ET AL.

LA FERA CONTRACTING COMPANY
v. BUILDERS TRANSPORT, INC.

May 26, 1995.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.